UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Kelani Castillo, | No. 2:23-cv-01590-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| County of Stanislaus, et al., | |
| Defendant. | |

Plaintiff William Kelani Castillo and defendants County of Stanislaus, et al., stipulated that defendants need not respond to plaintiff's complaint following their meet and confer efforts and instead opted for plaintiff to file an amended complaint by October 30, 2023 to cure defects highlighted by defense counsel and avoid unnecessary motion practice. ECF No. 5. Plaintiff's counsel missed the October 30 deadline. This court issued a minute order directing plaintiff to file a declaration as to the status of the case. ECF No. 6. Plaintiff's counsel filed a declaration stating he could not meet the necessary deadline to file the amended complaint because he was preoccupied with another case. ECF No. 7. Plaintiff's counsel stated he would file the amended complaint by December 22, 2023. *Id.*

The court reminds parties they must meet court deadlines or seek an extension of time. If parties do not comply with deadlines, they are at risk of sanctions, including both monetary and

1   terminating sanctions.  E.D. Cal. L.R. 110.  The court **grants** plaintiff's request to file

2   the amended complaint by December 22, 2023, and will treat that date now as firm.

3       This order resolves ECF No. 7.

4       IT IS SO ORDERED.

5   DATED:  December 11, 2023.

6

                                        CHIEF UNITED STATES DISTRICT JUDGE